IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JOHN MICHAEL WATTERS,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-196 (MTT) |
| **Warden WILLIAM TERRY, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 5). The Magistrate Judge recommends dismissing Defendants Georgia Department of Corrections and Central State Prison because neither party is a proper defendant in a section 1983 lawsuit. The Magistrate Judge has ordered the Plaintiff's claims against Defendant Warden William Terry to go forward. Neither party has objected to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. Defendants Georgia Department of Corrections and Central State Prison are **dismissed**.

**SO ORDERED,** this 17th day of August, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT