**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **JOHN MICHAEL WATTERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:12-CV-196 (MTT)** |
| | ) | |
| **Warden WILLIAM TERRY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## <u>ORDER</u>

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 12).  The Magistrate Judge recommends granting the Defendant's Motion to Dismiss (Doc. 9) because the Plaintiff has failed to allege sufficient factual matter to state a claim for deliberate indifference to his serious medical needs.  The Plaintiff has not filed an Objection to the Recommendation.

The Court has reviewed the record.  The Recommendation is **ADOPTED** and made the **ORDER** of this Court.  The Defendant's Motion to Dismiss is **GRANTED**.

**SO ORDERED**, this 26th day of June, 2013.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT